UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor,<br><br>   Plaintiff,<br><br>   Vs.<br><br>First Choice Media LLC, Joe Mclendon Individually, Prevent RX 2, LLC and Edwin Rodriguez Individually<br><br>   Defendants. | C/A No: 2:23-cv-1452-JD-MGB<br><br>Notice of Dismissal |

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff dismisses Edwin Rodriguez ("Rodriguez") and Prevent RX2, LLC ("Prevent RX2") from this action with prejudice. Plaintiff and Defendants Rodriguez and Prevent RX2 have settled all claims asserted, or that could have been asserted against Prevent RX2 and Rodriguez in the above-captioned action, which results in Plaintiff dismissing Prevent RX2 and Rodriguez.

Respectfully Submitted,

Jay C. Connor, *Pro Se*

/s/ J. C. Con

215 East Bay Street 201-F
Charleston, SC 29401
(843) 557-5724
Jayc650@hush.com
May 15, 2023