Exhibit A

# AFFIDAVIT OF PROCESS SERVER

Job # 3724

**Client Info:**
Jay Connor, Pro Se
85 Cumberland St Apt 3
Charleston, SC 29401

**Case Info:**

**Plaintiff:**
Jay Conner
-versus-

DISTRICT COURT

Court Case # 2:23-CV-01452-JD-MGB

**Defendant:**
First Choice Media LLC, Joe Mclendon Individually, Prevent RX 2, LLC and Edwin Rodriguez Individually

**Service Info:**

**Date Received:** 9/13/2023 at **01:27 PM**
**Service:** I Served **Joe McLendon**
With: **Summons In a Civil Action, Order, Complaint Jury Trial Requested**
by leaving with **Joe McLendon, INDIVIDUALLY**

**At Residence 2866 S SEACREST BLVD BOYNTON BEACH, FL 33435**
Latitude: **26.502625**, Longitude: **-80.069623**

On **9/13/2023** at **09:12 PM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Served Description: (Approx)**

Age: **45**, Sex: **Male**, Race: **Black**, Height: **5' 9"**, Weight: **200**, Hair: **Bald** Glasses: **No**

I **Mikhael Goldgisser**, acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above, action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: _____
**Mikhael Goldgisser**
Lic # **SPS# 1556**
**Golden Process Service**
9715 W Broward Blvd
Suite 322
Plantation, FL 33324
Phone: (786) 682-2938

Our Job # **3724**

SUBSCRIBED AND SWORN to before me this __14th__ day of __September, 2023__, by **Mikhael Goldgisser**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC for the state of Florida



Susan D. Pineiro
Comm.: HH 188790
Expires: Nov. 7, 2025
Notary Public - State of Florida




1 of 1