# AFFIDAVIT OF PROCESS SERVER

RECEIVED USDC
CLERK, CHARLESTON, SC
2023 OCT -3 PM 3: 55

Job # 3810

**Client Info:**
Jay Connor, Pro Se
85 Cumberland St Apt 3
Charleston, SC  29401

**Case Info:**

**Plaintiff:**
Jay Conner
    -versus-
**Defendant:**
First Choice Media LLC, Joe Mclendon Individually, Prevent RX 2, LLC and Edwin Rodriguez Individually

DISTRICT COURT
Court Case # 2:23-CV-01452-JD-MGB

**Service Info:**

Date Received: 9/24/2023 at 12:39 PM
Service: I Served **FIRST CHOICE MEDIA LLC REGISTERED AGENT JOE MCLENDON**
With: **Summons In a Civil Action, Order, Complaint Jury Trial Requested**
by leaving with **JOE MCLENDON, REGISTERED AGENT**

At Residence 2866 S SEACREST BLVD BOYNTON BEACH, FL 33435
Latitude: **26.503586**,  Longitude: **-80.068975**

On **9/28/2023** at **07:58 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description: (Approx)**

Age: **45**, Sex: **Male**, Race: **Black**, Height: **5' 11"**, Weight: **200**, Hair: **Bald** Glasses: **No**

I **Mikhael Goldgisser**, acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above, action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: _____
**Mikhael Goldgisser**
Lic # **SPS# 1556**
**Golden Process Service**
9715 W Broward Blvd
Suite 322
Plantation, FL 33324
Phone: (786) 682-2938

Our Job # **3810**

SUBSCRIBED AND SWORN to before me this  **3rd**  day of **October**, **2023**, by **Mikhael Goldgisser**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NOTARY PUBLIC for the state of Florida


Susan D. Piñeiro
Comm.: HH 188790
Expires: Nov. 7, 2025
Notary Public - State of Florida

