Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401
Jayc650@hush.com

RECEIVED USDC
CLERK, CHARLESTON, SC
2023 NOV -6 PM 5: 09

November 6, 2023

CLERK OF COURT
United States District Court
District of South Carolina
Charleston Division
P.O. Box 835
Charleston, SC 29402

**RE:** **Jay Connor v. First Choice Media LLC and Joe Mclendon Individually and John Does 1-10**
**Case No. 2:23-cv-1452-JD-MGB**
**Letter Motion for Issuance of Subpoenas**

Dear Clerk:

Pursuant to Federal Rule of Procedure 45(a)(3), and with the permission of the court, I am requesting the clerk issue the attached subpoenas to Healthside Inc. and Jason Lavoie. The attached subpoenas (Exhibit A) seek information associated with the order and delivery of covid testing kits resulting from calls alleged in the lawsuit. (Exhibit B)

For background, Plaintiff has alleged he received multiple anonymous, unsolicited, unlawful calls by or on behalf of the defendants in a scheme to acquire approval from Medicare recipients to receive covid testing kits, paid by Medicare, then ship the covid testing kits to the call recipients.

As alleged in the lawsuit, after multiple unwanted anonymous calls, Plaintiff consented to receive a shipment of testing kits to identify the source of the harassment, and received a shipment identifying an address with an alias business name. Upon further investigation, Plaintiff identified Healthside Inc. on the Florida Secretary of State website, (See Exhibit C) as the

company affiliated with the address, not At Home Covid Testing Kit, as listed on the return shipping label.

Upon information and belief, Healthside, Inc., or its president, Jason Lavoie, is in possession of records that will show identifying information of the parties responsible for the unlawful calls.

Thank you in advance for your consideration.

Sincerely,

Jay C. Connor Plaintiff *Pro Se*
215 East Bay Street 201-F
Charleston, SC 29401
843-557-5724
Jayc650@hush.com

November 6, 2023