UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor,<br><br>　　　　Plaintiff,<br><br>　　　　Vs.<br><br>First Choice Media LLC, Joe Mclendon Individually and John Does 1-10<br><br>　　　　Defendants. | C/A No: 2:23-cv-1452-JD-MGB<br><br>**Notice of Dismissal** |

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff dismisses First Choice Media LLC ("First Choice") and Joe Mclendon ("Mclendon") from this action with prejudice. Plaintiff and Defendants First Choice Media and Mclendon have reached a settlement in the above titled action. John Does 1-10 are not included in this dismissal.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　Jay C. Connor, *Pro Se*

　　　　　　　　　　　　　　　　　*/s/ Jay C. Connor*

　　　　　　　　　　　　　　　　　215 East Bay Street 201-F
　　　　　　　　　　　　　　　　　Charleston, SC 29401
　　　　　　　　　　　　　　　　　(843) 557-5724
　　　　　　　　　　　　　　　　　Jayc650@hush.com
　　　　　　　　　　　　　　　　　November 22, 2023