Exhibit B



# THE HEALTH LAW OFFICES OF
# ANTHONY C. VITALE P.A.

8100 Oak Lane – Suite 403
Miami Lakes, Florida 33016
Phone: (305) 358-4500 • Facsimile: (305) 358-5113
Email: info@vitalehealthcare.com • Website: www.vitalehealthlaw.com

**December 1, 2023**
*Via Email to jayc650@hush.com*

JAY CONNOR
215 EAST BAY STREET, 201-F
CHARLESTON, SC 29401

RE:  NOTICE OF REPRESENTATION
     JASON LAVOIE
     CIVIL ACTION NO. 23-cv-1452-JD-MGB

Dear Jay,

Please be advised that The Health Law Offices of Anthony C. Vitale, P.A., represents Mr. Jason Lavoie in regards to your subpoena. **(EXHIBIT #1)** Please be advised that the requested information is unavailable as the patient was not serviced. The extent of Mr. Lavoie's involvement in this matter is the return address located at 1500 Weston RD #200-16, Weston, FL 33326. The address in question is only a *return* hub. Packages were not shipped from this location. Due to this, Mr. Lavoie is unable to obtain any of the information requested in #1-4. The only information Mr. Lavoie is able to provide is proof of delivery, which is attached to this email. **(EXHIBIT #2)**

If you have further correspondence for this matter, please send it directly to me.

Thank you for your prompt attention to this matter. We look forward to hearing from you.

Sincerely,

*R. Gomez*

Ricardo D. Gomez, Esq.
rgomez@vitalehealthlaw.com



Archive USPS Tracking Plus™ Statement
As of November 21, 2023

Tracking Number: 9374810912400851839303

Destination Address:                  ← Address Redacted by Plaintiff

| Date & Time | Status of Item | Location |
| --- | --- | --- |
| Sep 26, 2022 9:24 am | ARRIVED SHIPPING PARTNER FACILITY | MELROSE PARK, IL 60160 |
| Sep 27, 2022 6:29 pm | ARRIVED SHIPPING PARTNER FACILITY | MABLETON, GA 30126 |
| Sep 28, 2022 1:45 am | DEPARTED SHIPPING PARTNER FACILITY | MELROSE PARK, IL 60160 |
| Sep 28, 2022 7:05 am | PRE-SHIPMENT INFO SENT TO USPS | 296109998 |
| Sep 28, 2022 9:01 am | ACCEPTANCE AT DESTINATION | 296109998 |
| Sep 28, 2022 10:16 am | ARRIVAL AT UNIT | GREENVILLE, SC 29610 |
| Sep 29, 2022 6:00 am | SORTING/PROCESSING COMPLETE | GREENVILLE, SC 29611 |
| Sep 29, 2022 6:10 am | OUT FOR DELIVERY | GREENVILLE, SC 29611 |
| Sep 29, 2022 5:17 pm | DELIVERED | GREENVILLE, SC 29611 |