RECEIVED
CLERK, CHARLESTON, SC
2023 DEC 19 PM 12: 29